# Exhibit "A"

Filing # 112181138 E-Filed 08/21/2020 11:40:07 AM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: _____

OCTAVIUS SMITH,

    Plaintiff,

v.

P.F. CHANG'S CHINA BISTRO, INC.,
a Delaware corporation,

    Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff Octavius Smith ("Plaintiff"), by and through his undersigned counsel, sues Defendant P.F. Chang's China Bistro, Inc., a Delaware corporation ("Defendant"), and states:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent to this action have been performed, waived or otherwise satisfied.

3. Plaintiff is and was, at all times material to this action, a resident of Broward County, Florida.

4. Upon information and belief, Defendant is and was, at all times material to this action, a corporation organized and maintained under the laws of Delaware, which conducts business in Broward County, in the form of management or operation of restaurants known as P.F. Chang's.

5. On or about January 25, 2019, Defendant leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 1740 Sawgrass Mills Circle, Sunrise, Florida ("the premises"), which was used as a P.F. Chang's restaurant. Defendant supervised and maintained the premises through employees, agents and/or representatives.

6. At the above time and place, Plaintiff was an express or implied business invitee of Defendant as Plaintiff had gone onto the premises for the purpose of dining.

7. While on the premises, Plaintiff was walking through the bar area when he suddenly and unexpectedly slipped and fell because the floor had been permitted by Defendant and/or its employees, agents or representatives to become slippery.

8. Defendant owed a non-delegable duty of reasonable care to inspect, maintain and repair the premises in a reasonably safe condition for the safety of business invitees, which includes reasonable efforts to keep the premises free from foreign objects, substances or items in the areas where such invitees might go that might foreseeably cause loss, injury, or damage, and to warn of dangerous conditions which were known to Defendants or which could have been discovered by Defendants through the exercise of reasonable care.

9. Defendant negligently failed to maintain the premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which it either knew or should have known through the exercise of reasonable care, and/or negligently failed to warn Plaintiff of a dangerous condition about which it had, or should have had, knowledge greater than Plaintiff.

10. The dangerous condition on the premises that caused Plaintiff to slip and fall was created by and/or known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

11. As a direct and proximate result of the negligence of Defendant, acting or failing to act, Plaintiff slipped and fell on the premises.

12. As a result of his fall, Plaintiff sustained bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. Plaintiff's losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff Octavius Smith demands judgment in his favor and against Defendant P.F. Chang's China Bistro, Inc. for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

Dated this August 21, 2020.

/s/ Stuart B. Yanofsky
Stuart B. Yanofsky, Esq.
Fla. Bar No. 841358

STEINGER, GREENE & FEINER
2727 W. Cypress Creek Rd.
Ft. Lauderdale, FL 33309
Email: sbyanofsky@InjuryLawyers.com
Telephone: 954-491-7701