UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:20-cv-61965-AMC

OCTAVIUS SMITH,

Plaintiff,

v.

P.F. CHANG'S CHINA BISTRO, INC.

Defendant.
_____/

### P.F. CHANG'S CHINA BISTRO, INC's NOTICE OF SERVING OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT

Defendant, P.F. CHANG'S CHINA BISTRO, INC. ("**P.F. CHANG'S**"), by and through its undersigned counsel, hereby serves its Offer of Judgment/Proposal for Settlement to Plaintiff, OCTAVIUS SMITH pursuant to Florida Statute §768.79 and Rule 1.442 of the Florida Rules of Civil Procedure.

**Dated: January 7, 2021**

                                              Respectfully Submitted,

                                              /s/ *Schuyler A. Smith*
                                              Schuyler A. Smith, Esq.
                                              Florida Bar No. 70710
                                              ssmith@hamiltonmillerlaw.com
                                              Derrick M. Kelly, Esq.
                                              Florida Bar No. 0073855
                                              dkelly@hamiltonmillerlaw.com
                                              Kayla Mosquera, Esq.
                                              Florida Bar No. 1022651
                                              kmosquera@hamiltonmillerlaw.com
                                              HAMILTON, MILLER & BIRTHISEL, LLP
                                              150 Southeast Second Avenue, Suite 1200
                                              Miami, Florida 33131
                                              Telephone: (305) 379-3686
                                              Facsimile: (305) 379-3690
                                              ***Attorneys for P.F. Chang's China Bistro, Inc.***

CASE NO: 0:20-cv-61965-DPG

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2021, I electronically filled the foregoing document with the Clerk of the court sing the E-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by electronic mail.

Respectfully Submitted,

/s/ Schuyler A. Smith
Schuyler A. Smith, Esq.

## SERVICE LIST

Ronnie M. Gotti, Esq.
Steinger, Green & Feiner
2727 W. Cypress Creek Rd.
Fort Lauderdale, Florida 33309
Tel: 954-491-7701
rgotti@injurylawyers.com
mercedesperez@injurylawyers.com
*Attorneys for Plaintiff*